UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BOFENG HOU, *on behalf of himself and others similarly situated*,

                Plaintiffs,

-against-

LONG ISLAND BUSINESS INSTITUTE. INC., "ALEX DOE 01," "ALEX DOE 02," "ALEX DOE 03," "ALEX DOE 04," "ALEX DOE 05," "ALEX DOE 06," "ALEX DOE 07," "ALEX DOE 08," "ALEX DOE 09," and MONICA FOOTE,

                Defendants.

**Docket No.: 14cv7587**

**NOTICE OF APPEARANCE**

---

TO: The Clerk of Court and all Parties of Record:

1. I am admitted or otherwise authorized to practice in this Court.

2. I appear in this case as counsel for Defendants Long Island Business, Inc., "Alex Doe 1-9" and Monica Foote.

DATED New York, NY
January 28, 2015

_____
David I. Aboulafia, Esq.
NY Reg. No. 2911030
Attorney for Defendants
Long Island Business Institute, Inc.
"Alex Doe 1-9" and Monica Foote
228 East 45th Street, Ste. 1700
New York, NY 10017
Phone: 212-684-1422
Fax: 212-684-1428
Dlafia@aol.com