UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

BOFENG HOU, *on behalf himself and others similarly situated*,

                                             Plaintiff,

Case No.14-cv-7587

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

-against-

LONG ISLAND BUSINESS INSTITUTE, INC.,
"ALEX DOE 01," "ALEX DOE 02," "ALEX DOE 03,"
"ALEX DOE 04," "ALEX DOE 05," "ALEX DOE 06,"
"ALEX DOE 07," "ALEX DOE 08," "ALEX DOE 09,"
and MONICA FOOTE,

                                    Defendants.

-------------------------------------------------------------------------------X

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

       Pursuant to F.R.C.P.(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and his counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against all named defendants: **LONG ISLAND BUSINESS INSTITUTE, INC., "ALEX DOE 01," "ALEX DOE 02," "ALEX DOE 03," "ALEX DOE 04," "ALEX DOE 05," "ALEX DOE 06," "ALEX DOE 07," "ALEX DOE 08," "ALEX DOE 09," and MONICA FOOTE.**

Dated: Flushing, New York
          March 17, 2015

                                       TROY LAW, PLLC

                                       _____/s/ John Troy_____
                                       John Troy
                                     *Attorney for Plaintiff*
                                     41-25 Kissena Blvd, Suite 119

Flushing, NY 11355
Phone: 718-762-1324
Fax: 718-762-1342
johntroy@troypllc.com